UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. SMITH (#00088091)

VERSUS                                         CIVIL ACTION

EAST FELICIANA PARISH OFFICE, ET AL    NUMBER 15-148-BAJ-SCR

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, April 9, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. SMITH (#00088091)

VERSUS                                            CIVIL ACTION

EAST FELICIANA PARISH OFFICE, ET AL     NUMBER 15-148-BAJ-SCR

### MAGISTRATE JUDGE'S REPORT

Before the court on the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Michael D. Smith.

On March 12, 2015, the petitioner was notified that his pleadings were deficient and that he needed to correct the deficiencies within 15 days. Specifically, the petitioner was instructed to sign his petition and to state the grounds on which he claims he is being held in custody in violation of the Constitution, laws or treaties of the United States. In addition, the petitioner was instructed to either pay the $5.00 filing fee or to prepare and sign an approved pauper affidavit. Petitioner was provided approved in forma pauperis and statement of account forms. Petitioner was placed on notice that the failure to correct the deficiencies in the pleadings would result in the dismissal of his suit.

Although the petitioner responded to the deficiency notice by

filing two amended § 2254 petitions,[1] the § 2254 forms are do not contain the essential information regarding the state court conviction under attack or the grounds for relief.  In addition, the petitioner failed to complete the approved in forma pauperis forms.  Petitioner filed a motion to proceed in forma pauperis, but the form is not signed and does not contain relevant inmate/detainee account information needed to determine the petitioner's pauper status.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that this action should be dismissed without prejudice for failure to correct the deficiencies in the pleadings.

Baton Rouge, Louisiana, April 9, 2015.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document numbers 3 and 4.