UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. SMITH                                 CIVIL ACTION

VERSUS

EAST FELICIANA PARISH OFFICE,          NO.: 15-00148-BAJ-SCR
ET AL.

## RULING AND ORDER

Before the Court are Petitioner Michael D. Smith's **Amended Petitions Under 28 U.S.C. § 2254 for Writs of Habeas Corpus by a Person in State Custody (Docs. 3, 4)**. The amended petitions were filed in response to a Deficiency Notice (Doc. 2) sent by the Court's Pro Se Staff Attorney regarding Petitioner's initial petition, (*see* Doc. 1).

The Magistrate Judge has issued a Report (Doc. 6) recommending that Petitioner's action be dismissed without prejudice, for failure to correct the deficiencies in the pleadings. Petitioner has filed no objection to the Magistrate Judge's Report.

Having carefully considered Petitioner's § 2254 petitions, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 6)**, and **ADOPTS** the Report as the Court's opinion herein.

1

For the reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that Petitioner Michael D. Smith's **Amended Petitions Under 28 U.S.C. § 2254 for Writs of Habeas Corpus by a Person in State Custody (Docs. 3, 4)** are **DENIED**, and the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 13th day of May, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA